**George BRIDGES, Jr., Plaintiff–
Appellant,**

**v.**

**Jerry R. TOWNSEND, Assistant Warden; Eliza S. Willis, Treatment Program Supervisor; M.K. Lefevers, NCC Unit Manager, Defendants–Appellees.**

**No. 15–7189.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

George Bridges, Jr., Appellant Pro Se. Margaret Hoehl O'Shea, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Bridges, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bridges v. Townsend,* No. 2:12–cv–00703–MSD–TEM (E.D.Va. filed July 2, 2015, entered July 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*